# EXHIBIT

**Cause No. B180386:** *Rahim Jabbar v. Standard Guaranty Insurance Company and Tom Wyche*; in the 60th Judicial District Court of Jefferson County, Texas

**Cause No. 48124:** *Belinda and David Roggenkamp v. Standard Guaranty Insurance Company and Roland Almarez and Fred Davis*; in the 356th Judicial District Court of Hardin County, Texas

**Cause No. A180349:** *Duggie Southern v. American Bankers Insurance Company of Florida, Financial Insurance Exchange and Timothy Hartsell*; in the 58th Judicial District Court of Jefferson County, Texas

**Cause No. 28,547:** *Larry Scott v. American Security Insurance and Thomas Lee Bashioum*; in the 1st Judicial District Court of Jasper County, Texas

**Cause No. B177901:** *Richmond O. Bennett, III as Representative of the Estate of Richmond O. Bennett, deceased v. Voyager Indemnity Insurance Company, Southwest Adjusters of Texas, LLC, Kyle Albright and Dixie Stewart*; in the 60th Judicial District Court of Jefferson County, Texas

**Cause No. A-179-691:** *Herbert Carmon and Martha Carmon v. Underwriters at Lloyd's, London and Cunningham Lindsey Claims Management, Inc.,* in the 58th Judicial District Court of Jefferson County, Texas